IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

KEITH G. O'CONNOR                                                                                         PLAINTIFF

v.                                         CIVIL NO. 19-cv-03091

ANDREW SAUL, Commissioner                                                                DEFENDANT
Social Security Administration

## JUDGMENT

For reasons stated in a memorandum opinion of this date, the Court hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

**IT IS SO ORDERED AND ADJUDGED this 13th day of November 2020.**

/s/ *Erin L. Wiedemann*
　　HON. ERIN L. WIEDEMANN
　　UNITED STATES MAGISTRATE JUDGE